**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

TREY CIULLA-HALL
Plaintiff

CIVIL ACTION

V.

NO. 1:25-cv-10271-DJC

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
Defendant

**NOTICE**

PLEASE TAKE NOTICE that, pursuant to Rule 41.1 of the Local Rules of this Court regarding dismissal for want of prosecution of cases inactive for a period of one (1) year, the above entitled action will be dismissed without further notice after thirty (30) days from the date of this Notice subject only to compliance with the provisions of subdivision (a)(3) of this Rule.

ROBERT M. FARRELL
CLERK OF COURT

April 27, 2026
Date

By: /s/ Savannah Cook
Deputy Clerk